```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 10637
   THOMAS KELLY
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-1296

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/29/2008 and was not confirmed.

     The case was dismissed without confirmation 07/30/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI SECURED VEHIC   11694.00            .00            .00
LITTON LOAN SERVICING    CURRENT MORTG        .00            .00            .00
LITTON LOAN SERVICING    MORTGAGE ARRE   14000.00            .00            .00
ILLINOIS DEPT OF REVENUE PRIORITY       NOT FILED            .00            .00
INTERNAL REVENUE SERVICE PRIORITY          100.00            .00            .00
ARMOR SYSTEMS CORP       UNSEC W/INTER NOT FILED             .00            .00
ARMOR SYSTEMS CORP       UNSEC W/INTER NOT FILED             .00            .00
ARMOR SYSTEMS CORP       UNSEC W/INTER NOT FILED             .00            .00
ATG CREDIT               UNSEC W/INTER NOT FILED             .00            .00
CAPITAL ONE BANK         UNSEC W/INTER NOT FILED             .00            .00
H&F LAW                  UNSEC W/INTER NOT FILED             .00            .00
H&F LAW                  UNSEC W/INTER NOT FILED             .00            .00
H&F LAW                  UNSEC W/INTER NOT FILED             .00            .00
H&F LAW                  UNSEC W/INTER NOT FILED             .00            .00
H&F LAW                  UNSEC W/INTER NOT FILED             .00            .00
H&F LAW                  UNSEC W/INTER NOT FILED             .00            .00
H&F LAW                  UNSEC W/INTER NOT FILED             .00            .00
LOU HARRIS & CO          UNSEC W/INTER NOT FILED             .00            .00
NICOR GAS                UNSEC W/INTER NOT FILED             .00            .00
PARK DANSAN              UNSEC W/INTER NOT FILED             .00            .00
THOMAS KELLY             NOTICE ONLY   NOT FILED             .00            .00
TOM VAUGHN               NOTICE ONLY   NOT FILED             .00            .00
DAIMLER CHRYSLER FINANCI UNSEC W/INTER    1837.66            .00            .00
INTERNAL REVENUE SERVICE UNSECURED       29932.13            .00            .00
US BANK NA               NOTICE ONLY   NOT FILED             .00            .00
DEBRA J VORHIES LEVINE   DEBTOR ATTY         .00                            .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                         .00


                   PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 08 B 10637 THOMAS KELLY
```

```
PRIORITY                                                                   .00
SECURED                                                                    .00
UNSECURED                                                                  .00
ADMINISTRATIVE                                                             .00
TRUSTEE COMPENSATION                                                       .00
DEBTOR REFUND                                                              .00
                                    ---------------      ---------------
TOTALS                                          .00                  .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 10/29/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 08 B 10637 THOMAS KELLY